UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| CHRISTOPHER BARRETT,<br>    Plaintiff | :<br>:<br>: |
| v. | :   File No. 1:08-CV-203 |
| PRISON HEALTH SERVICES, INC.<br>and PAUL G. COTTON, M.D., P.C.<br>    Defendants | :<br>:<br>:<br>: |

## ORDER

The Magistrate Judge's Report and Recommendation was filed May 22, 2009. (Doc. 48.) After de novo review and absent objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED. See 28 U.S.C. § 636(b)(1).

Defendant Cotton's motion to dismiss (Paper 42) is GRANTED. Plaintiff's claims against defendant Paul G. Cotton, M.D., P.C. are DISMISSED without prejudice.

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 17th day of June, 2009.

                                              /s/ J. Garvan Murtha
                                              Honorable J. Garvan Murtha
                                              United States District Judge